No. 618. FORTNIGHTLY CORP. *v.* UNITED ARTISTS TELEVISION, INC. C. A. 2d Cir. (Certiorari granted, 389 U. S. 969.) Motions of National Cable Television Association, Inc., Screen Composers Association of the United States of America, All-Channel Television Society, Broadcast Music, Inc., National Association of Broadcasters, American Society of Composers, Authors & Publishers, Authors League of America, Inc., and Writers Guild of America et al., for leave to file briefs, as *amici curiae,* granted. Motion of National Association of Broadcasters for leave to participate in oral argument, as *amicus curiae,* denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of these motions. On the motions were: *Bruce E. Lovell* for National Cable Television Association, Inc.; *Leonard Zissu* and *Abraham Marcus* for Screen Composers Association of the United States of America; *Michael Finkelstein* for All-Channel Television Society; *Ambrose Diskow* for Broadcast Music, Inc.; *Warner W. Gardner, William H. Dempsey, Jr.,* and *Douglas A. Anello* for National Association of Broadcasters; *Herman Finkelstein, Simon H. Rifkind, Jay H. Topkis* and *Paul S. Adler* for American Society of Composers, Authors & Publishers; *Irwin Karp* for Authors League of America, Inc.; and *Paul P. Selvin* and *William Berger* for Writers Guild of America et al.

No. 416. FLAST ET AL. *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. Appeal from D. C. S. D. N. Y. (Probable jurisdiction noted, 389 U. S. 895.) Motions of Rose Spira et al. and National Jewish Commission on Law & Public Affairs for leave to file briefs, as *amici curiae,* granted. *Herbert Brownell* and *Thomas F. Daly* for Spira et al., and *Reuben E. Gross* for National Jewish Commission on Law & Public Affairs on the motions.